UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Sandra Elliott, Learning Links Educational Center, ) ) ) | | |
| Plaintiff, ) ) | | |
| v. ) ) | **JUDGMENT** | |
| Earlene McKeithan Baggett, Carol Yvonne Smith, Hilda Thompson and Shameka Wilkerson, ) ) ) | 5:15-CV-17-BO | |
| Defendants. ) ) | | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's complaint is dismissed pursuant to 28 U.S.C. section 1915(e)(2)(B).

**This judgment filed and entered on March 2, 2015, and served on:**

Sandra Elliott (via US Mail at Alderson - FPC, Glen Ray Rd. - Box A, Alderson, WV 24910)

March 2, 2015  /s/ Julie Richards Johnston
Clerk of Court